FELDMAN

**Andrew S. Feldman**
Feldman Firm, PLLC
Southeast Financial Center
200 S. Biscayne Blvd, Suite 2770
Miami, Florida 33131
Phone: 305.714.9474
Mobile: 202.320.7705
Email: afeldman@feldmanpllc.com
Website: www.feldmanpllc.com
Florida Bar No. 60325
NY Bar Reg No: 4864799

November 10, 2020

**VIA CM/ECF**

Re:   **Defendants' Pre-Trial Motions**

Dear Judge Vyskocil:

Pursuant to this Court's Order dated July 1, 2020 [ECF-241], Defendants SETH FISHMAN, CHRIS OAKES, JORGE NAVARRO, LISA GIANNELLI, ERICA GARCIA, MARCOS ZULUETA, and MICHAEL TANUZZO ("Defendants") submit this list of pre-trial Motions that Defendants intend to file in this case:

1. Motion to Dismiss Counts 1-2 in the Indictment

2. Motion for a Bill of Particulars

3. Motion for a Severance of Defendants

4. Motion to Suppress Title III Interceptions

5. Motion to Suppress Post-Arrest Statements.

6. Motion to Exclude Experts and/or Expert Testimony

7. Motion to Exclude Prejudicial Surplusage in the Indictment

8. Motion to Compel *Brady* Information

9. Motion to Exclude Introduction of Test Results

10. Motion to Exclude 404(b) Evidence

11. Motion to Exclude Evidence Derived from the Search and/or Seizure of Electronic Devices

12. Motion to Suppress Evidence Derived from Searches of Property

Hon. Mary K. Vyskocil
Page 2

13. Motion to Exclude Physical Evidence Derived from Search and/or Seizure Warrants

14. Motion to Exclude References to Horse Deaths or Horse Injuries at Trial

15. Motion for Production of Lab Samples for Testing

16. Motion for Production of an Exhibit List, 3500 Material, and *Giglio* Material 90 Days in Advance of Trial

17. Miscellaneous Motions *in Limine* [in advance of trial after a pre-trial order is issued].

This is a non-exhaustive list and Defendants reserve the right to amend or supplement this list of pre-trial motions especially given the breadth of discovery that we anticipate from the recent productions beginning September 29, 2020.

Respectfully submitted,

Andrew S. Feldman, Esq.

cc:

Andrew C. Adams, Esq

Sarah Mortazavi, Esq.

Benet Kearney, Esq.

Hon. Mary K. Vyskocil
Page 3

## ON BEHALF OF

Andrew Simmons Feldman
Feldman Firm PLLC
200 South Biscayne Blvd
Miami, FL 33131
(305)-714-9474
Email: afeldman@feldmanpllc.com
*Attorney for Seth Fishman, DVM*

Page Pate
Pate Johnson & Church LLC
101 Marietta Street, Suite 3300
Atlanta, GA 30303
404-223-3310
 Email: page@patejohnson.com
*Attorney for Chris Oakes*

Jason W Kreiss
The Kreiss Law Firm
1824 S.E. 4th Ave.
Fort Lauderdale, FL 33316
954-525-1971
Email: jwk@kreisslaw.com
*Attorneys for Jorge Navarro*

Melvyn K. Roth, Esq.
666 Old Country Road, Suite 501
Garden City, NY 11530
516 683 8400
Email: mkresq@optonline.net

Deborah Austern Colson
Colson Law PLLC
80 Broad Street,
New York, NY 10004
212-257-6455
Email: dcolson@colsonlaw.com
*Attorney for Erica Garcia DVM*

Robert E. Goldman
Robert E. Goldman, LLC
535 Hamilton Street, Suite 302
Allentown, PA 18101
267-261-6080
Email: reg@bobgoldmanlaw.com
*Attorney for Marcos Zulueta*

Donald T. Rollock
The Law Offices of Donald T. Rollock
114 Old Country Road, Suite 690
Mineola, NY 11501
(516)-248-6080
Fax: (516)-739-8742
Email: drollock@rollocklaw.com
*Attorney for Michael Tanuzzo*

Louis V. Fasulo
Fasulo Braverman & Dimaggio, LLP
225 Broadway, Suite 715
New York, NY 10007
212-566-6213
Email: lfasulo@fbdmlaw.com
*Attorney for Lisa Giannelli*