UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/12/21__
```

—————————————————————————

UNITED STATES OF AMERICA,                          1:20-cr-00160-11 (MKV)

                    -against-                              **ORDER**

CHRISTOPHER OAKES

                    Defendant.

—————————————————————————

MARY KAY VYSKOCIL, United States District Judge

       Change of Plea Hearing for Christopher Oakes is scheduled for 10/20/2021 at 2:00 pm before Judge Mary Kay Vyskocil.

       The proceeding will be held by videoconference. All interested parties may dial 917 933-2166 using conference code 438546582# to listen remotely.

**SO ORDERED.**
**Date: October 12, 2021**

                                         _Mary Kay Vyskocil_
                                         MARY KAY VYSKOCIL
                                         United States District Judge