```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

        ,

        Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

_____-CR-_____(___)(___)

Defendant _Christopher Oakes_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ Initial Appearance/Appointment of Counsel

✓ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

✓ ~~Misdemeanor~~ Felony Plea/Trial/Sentence

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Christopher Oakes_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

_Page Pate_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/20/21
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge