UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/3/22__

UNITED STATES OF AMERICA,

        -against-

CHRISTOPHER OAKES

        Defendants.

1:20-cr-0160-11 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    Sentencing scheduled for February 17th at 10 am is hereby ADJOURNED to March 3rd at 2:30pm. The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007.

**SO ORDERED.**

**Date: February 3, 2022**

MARY KAY VYSKOCIL
United States District Judge