

VERBATIM TRANSLATION
Participants:

Jorge Navarro            JN

Marcos Zuleta           MZ

Abbreviations:

Overlapping Voices  [OV]
Phonetic             [PH]
Unintelligible       [UI]
Stated in English    Italics

DRAFTUNCLASSIFIED//LES

File Number: 281H-NY-2285141
Task Number: Click here to enter text.
Session Number/Content: 13778/ Audio
Date, Time, Duration: 02/13/2019, 06:20:13 EST, 00:26:38
Target Number:
Direction, Number: Outgoing,

| | | | |
|---|---|---|---|
| | Linesheet | | User: Timothy J. Bergen |
| Case: 281H-NY-2285141 | Target: Jorge Navarro | Line: ▮ | File Number: 281H-NY-2285141 |

UNCLASSIFIED//LES

[Participants greet each other. MZ complains he was calling JN yesterday the whole day but he was not picking up the phone]

JN: You don't think I have problems? This horse—this horse is driving me crazy. Did I tell you what happened to the horse? Yes, I'm sad. What do you want me to do?

MZ: What happened to the horse? What happened?

JN: Didn't I tell you he got tied up?

MZ: Yes, did you draw blood from him?

JN: Yes, and it came out—it came out to about 2,300… but all the blood's people told me to race him.

MZ: To race him?

JN: Yes.

MZ: Oh, you must be a magician, then. You must be a magician, then. Okay, go ahead.

JN: Damn-- damn, I spoke with the man that—I spoke with the man that does the blood and the blocking, and he told me yesterday how one horse just won a State with 7,000 [blood related]. This is one [UI].

MZ: He has—he has—he has something which he gives the day of the race.

JN: Yes, to tie up… to tie up...

MZ: Yes.

JN: Yes, but I don't want—I don't want to give anything to the horse because the last time I gave him the orange one he got tuns. Do you understand?

MZ: Yes, I understand. Okay.

JN: The American man, the one galloping [PH]… he is coming to the stable [PH] and he is going to give him… we're—we're going to treat [PH] him.

MZ: Okay, you have to be careful with the electrolyte that you are giving… because that electrolyte…All my horses were getting the tuns with it.

Linesheet                                    User:   Timothy J. Bergen

| Case: 281H-NY-2285141 | Target: Jorge Navarro | Line: ▮▮▮▮ | File Number: 281H-NY-2285141 |

JN: Yes. I'm going to stop—I'm going to stop that already--

MZ: [OV] Ever since I started giving them your friend's electrolyte… all my horses were returning with the tuns, all of them—to all of them! Listen, and I don't have horses that get tuns.

JN: Yes.

MZ: I don't have horses that get tuns, brother. I'm sorry—I sorry I came on all bad to you, but the thing is…

JN: Yes. Yes. I know you are a fucking crazy guy….

[Participants briefly joke how MZ was calling JN constantly and JN was not answering his phone.]

JN: Damn, damn, this man—this man is a thief, brother. Damn, he gave me 20 bottles yesterday, but damn those bottles are not even full, they are half way full.

MZ: I told you to send a picture.

JN: What? What?

MZ: To send a--

JN: [OV] Hello?

MZ: -- to send me a picture.

JN: No, not yours. I got 20 yesterday but damn those bottles are not even full, man.

MZ: How much does it bring? How much does it bring?

JN: Damn… it must have 20 cc.

MZ: Yeah, yeah, but they are a little wider. Yeah. Yeah, that's how much the other ones had.

JN: No, the other one--

MZ: [OV] How much did he charge you? How much did he charge you--?

JN: -- the other one had 30. At 150.

MZ: Uh?

JN:    150.

MZ:    Yes, that's how much I get them. I also buy--buy them like that.

JN:    Yeah.

MZ:    Yo' but it is good stuff. Did you ever get mine?

JN:    Yes, yes, yes, I used it yesterday.

MZ:    Oh. Did you put… That's the best thing around. That's--

JN:    Yours--yours have a red cap. The ones they sent me don't have a red cap; it has a metal cap.

MZ:    That's fine. It doesn't matter-- it doesn't matter. The cap doesn't have anything to do with anything.

JN:    Do you like—do you like the product, Marcos?

MZ:    I love it. I'm doing the tapping seven days prior anymore. I'm tapping two or three days—two or three days before, man.

JN:    Oh, all right. Well, I switched—I switched to two days. You heard?

MZ:    That's fine. That's fine. That's fine. That's fine.

JN:    I'll tap—I'll tap today for Friday's.

MZ:    I love it. I love it. I… Look, I have horses here that are—that are limping.

JN:    Well, I don't have—I don't have limping horses. But have you seen—have you seen the difference, Marcos?

MZ:    Of course I'm seeing the difference, man.

JN:    Yes.

MZ:    I'm using it; that's what I'm using. I also giving, which I like but you don't like, the silver pain mix with their pain thing.

JN:    No man, because that shit costs you--that shit is very expensive—that shit is very expensive, it costs 300 bucks. Are you crazy?

MZ:    Oh, I mix it. I mix it. You know that thing—you know I mix it. I ordered 20 bottles of that.

JN: Are you crazy? 300 bucks! I'll go bankrupt, Marcos. Are you crazy?

MZ: Yes, but the problem is… you have to be careful, brother. You have to choose the horse well.

JN: There is something on the works, but I can't say anything about it because if he notices that I… he will take me out. You heard?

MZ: Who?

JN: That's the white guy--the white guy, the American guy—the American guy that I used to…

MZ: Yes.

JN: He just paid 25,000 dollars to have a pain medicine prepared.

MZ: Oh, all right, I give 10,000.

JN: He says—he says—he says… No, no, don't worry. He says they will put one cc in one of the large IVs, and a large IV could cover all the… if you only used one cc at a time from the large IV… He is going to mix the medicine in one large IV.

MZ: Uh-huh.

JN: One cc and that IV will last one year, if you use one cc for each horse.

MZ: Okay, try it out and let me know. I'll get two or three IVs--

JN: [OV] Well, well, that's what he told me. He told me—he told me, "I'll let you know as soon as I have it, Jorge."

MZ: Uh-huh.

JN: He says he has a new chemist, and the man told him he can prepare any medicine for him. So he told him, "Well, I need a pain medicine so the horses don't feel anything."

MZ: You know what is missing? I don't want you to head over, just send it up here and I'll test it for you.

JN: No, no, the guy says he has killed about four horses already.

MZ: Really?

JN: Yes. They must see how strong it is, Marcos. He is saying the horses can't take it

and die.  So you need to know what dosage to use.

MZ:     Uh-huh.  Are you crazy?  I don't know, unless this guy gets a horse for me [PH]…

JN:     No, no, not to him, but guy preparing it, inventing it.

MZ:     Yeah, but I'm saying, I'll take care of putting it through—putting it through.

JN:     Oh no, to put it through… you can't use it around.  Imagine if you get it out of the race track, are you crazy?

MZ:     No, no, you don't do anything.  You send it to me here and I'll tell you--

JN:     [OV] Listen, I have--

MZ:     -- it's not going to be tested in one of my…

JN:     -- Listen, I have in the car… Right now I have in the car the hose, the bucket and everything… and he is going to meet me at 7:00… or 7:30.

MZ:     I don't know why you like that shit, man?  I love--

JN:     [OV] What thing?

MZ:     -- the milk—the milk that I have.

JN:     Well, but you didn't send it to me, if you would have sent me, that's something else.  No, he prepares, he prepares a drench [PH], Marcos.  They call the milk shake 'drench.'

MZ:     Hum.

JN:     He prepares—he prepares one which doesn't show up.

MZ:     Oh, okay.  Okay.  I had results with the [UI]… who does the tubing for you, that jerk?

JN:     Uh, what jerk?

MZ:     Uh, Benny Don [PH]

JN:     No jerk, the same guy is going to do the tubing for me.  They are experts in tubing, man.  the [UI] hose.  The [UI] hose.

MZ:     Yes.  Yes.

JN:     I would love to know how to tube, buddy.  I would tube all my horse.

| Linesheet | | | User: | Timothy J. Bergen |
|---|---|---|---|---|
| Case: 281H-NY-2285141 | Target: Jorge Navarro | Line: ▉ | File Number: | 281H-NY-2285141 |

MZ: Nah, you have to be fucking—fucking careful. I tried—I tried to do that and I almost killed the horse--the horse, man. It went to the lungs...

JN: Yes.

MZ: No. Yes, you know I'm crazy. I don't like to depend on anybody. I'm crazy.

JN: Have you tried it out?

MZ: Yes, yes, I almost killed him. He started vomiting. Nah man, that's fucking—fucking hard.

JN: Yes.

MZ: It's fucking hard, man. No, no, I'm not going to bullshit you. I'm not going to lie about that. Well, honestly, I'm happy with the milk, brother. Why bullshitting you?

JN: Yes, but you raced three, you placed second, but did not win anything [PH].

MZ: Yes, but the day prior… and last week… all of the ones that raced placed second and third—second and third. There was only mare that did not run well, but I didn't tap here.



MZ: Well, I'll see with my people where we put him here so we can win. I told you yes--

JN: [OV] Listen—listen… listen, he will win in the first race. It's ready and everything, we just need—we just need to give the products to him, the blood, cleanse…

MZ: Hey… yo' what happened with the liver thing?

JN: It's is still stuck—it's stick stuck in the mail.

MZ: Yes, that will take—that will take two or three months.

JN: It's still stuck in the mail.

MZ: Yes, that will take three months.

JN: Yes.

MZ: I don't have anything for that, nothing at all, brother. The people who were stealing from me over there… One thing I hate is when people steal from me. I sent to hell the guy who was stealing from me. And you know what--?

JN: [OV] What about the other kind, the injectable one?

MZ: That… I still have some—some left, but I can't get any more. I still have about 10 bottles left.

JN: And who is getting you those bottles?

MZ: That guy, the one who was stealing from me. He was stealing from me, man.

JN: [OV] Did it come in to this country without a problem, Marcos?

MZ: Without a problem—without a problem, there was only one time that they held a package coming from that guy.

JN: Yes.

| | | | | |
|---|---|---|---|---|
| | | **Linesheet** | **User:** | Timothy J. Bergen |
| **Case:** 281H-NY-2285141 | **Target:** Jorge Navarro | **Line:** ▮ | **File Number:** | 281H-NY-2285141 |

MZ: Oh, my God! There is one… Serbi [PH]... You heard? Huh!

JN: No, Serbi? No, he is out already. I told you, since my friend is working on something for the pain… I'm telling you, he must have something for pain already.

MZ: Yes. Yes. Yes. I know him, he is a horse killer. I know him.

JN: Look at the other guy, Jorgito-- Jorgito who was saying he was rising up, but then his luck strike to win races finished.

[Participants continue talking about races and horses]

