| | | | User: | Bruce A Turpin |
|---|---|---|---|---|

**Linesheet**

| Session: | 5815 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 04/06/2019 | Content: | Audio | Associate DN: | |
| Start Time: | 17:21:40 EDT | Primary Language: | Unknown | In/Out Digits: | |
| Stop Time: | 17:22:16 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:36 | Monitor ID: | sruanova | Participants: | OAKES, CHRIS |

**Synopsis 1**

■ to CO
CO: Hello
■ I'll make up checks for Stacy and Steve. What did you tell them you were gonna pay them. You said $200 for one. I didn't know what...
CO: They're each gonna get $150 for last night
■ Okay, so $225 for each. Alright, I'll write it up
CO: Alright. Where's Eddie?
■ Right here
CO: Did you drench that horse?
■ We're gonna do it right now.
CO: Alright, bye

