Race income paid to Chuck: $ 25,803.00

50% ours: $12,901.50

50% Bonus $ 587.50

($13,489.00)

Deduct from Chucks 1099

① Bet the Moon lost $10K on Claim. Deduct $5,000.00

② Walks of Life made $5K profit on claim so add $2,500.00

Deduct $ 10,989.00 from 1099

## 2018 RACE INCOME - 1099

| Race Date | Name of Horse | Track | Pompey % | |
|---|---|---|---|---|
| 9/12/2017 | Tequila Monday | Monticello | $ | 13,297.50 |
| 5/18/2018 | Tequila Monday | Yonkers | $ | 1,575.07 |
| 5/18/2018 | Tequila Monday | Yonkers | $ | 1,575.07 |
| 5/25/2018 | Tequila Monday | Yonkers | $ | 9,891.07 |
| 6/3/2018 | Tequila Monday | Pocono | $ | 6,750.00 |
| 6/9/2018 | Scott Rocks | Pocono | $ | 2,418.75 |
| 6/9/2018 | Tequila Monday | Woodbine | $ | 5,798.36 |
| 6/16/2018 | Scott Rocks | Pocono | $ | 3,937.50 |
| 6/16/2018 | Tequila Monday | Woodbine | $ | 8,910.68 |
| 6/21/2018 | Scott Rocks | Northfield | $ | 900.00 |
| 6/23/2018 | Scott Rocks | Pocono | $ | 787.50 |
| 7/1/2018 | Tequila Monday | Pocono | $ | 675.00 |
| 7/6/2018 | Tequila Monday | Yonkers | $ | 2,367.07 |
| 7/8/2018 | Scott Rocks | Chester | $ | 4,050.00 |
| 7/13/2018 | Tequila Monday | Yonkers | $ | 4,941.07 |
| 7/14/2018 | Scott Rocks | Yonkers | $ | 643.57 |
| 7/21/2018 | Scott Rocks | Pocono | $ | 4,837.50 |
| 7/22/2018 | Tequila Monday | Chester | $ | 6,750.00 |
| 7/24/2018 | Storm Survivor | Yonkers | $ | 225.00 |
| 7/28/2018 | Scott Rocks | Pocono | $ | 4,837.50 |
| 7/29/2018 | Tequila Monday | Pocono | $ | 3,375.00 |
| 8/11/2018 | Scott Rocks | Yonkers | $ | 3,928.57 |
| 8/17/2018 | Tequila Monday | Yonkers | $ | 4,941.07 |
| 8/18/2018 | Scott Rocks | Yonkers | $ | 7,866.07 |
| 8/24/2018 | Tequila Monday | Yonkers | $ | 2,367.07 |
| 8/25/2018 | Scott Rocks | Yonkers | $ | 9,891.07 |
| 9/14/2018 | Tequila Monday | Woodbine | $ | 5,919.10 |
| 9/17/2018 | Scott Rocks | Harrington | $ | 16,875.00 |
| 9/22/2018 | Tequila Monday | Woodbine | $ | 844.16 |
| 9/27/2018 | Storm Survivor | Lexington | $ | 264.00 |
| 10/4/2018 | Storm Survivor | Lexington | $ | 396.00 |
| 10/7/2018 | Scott Rocks | Pocono | $ | 6,750.00 |
| 10/23/2018 | Storm Survivor | Chester | $ | 1,800.00 |
| 12/13/2018 | 2018 PA BONUS | Pocono | $ | 437.50 |
| 12/18/2018 | 2018 PA BONUS | Chester | $ | 450.00 |
| | Subtotal | | $ | 151,272.82 |
| | Credit from claimers | | $ | (10,989.00) |
| | **TOTAL** | | **$** | **140,283.82** |

1B0424-CLAIMERS IN CHUCKS NAME-000006



| JULY | Bet The Moon - Race Income | $ | 4,500.00 |
|---|---|---|---|
| | Deduct bills | | |
| | Training Bills | | |
| | Hunter Oakes | $ | (1,647.00) |
| | TOTAL PROFIT: | $ | 2,853.00 |
| | 50% DUE TO CHRIS OAKES | $ | 1,426.50 |

7/21 - Claimed Bet the Moon - $30,000.00

| AUGUST | Bet The Moon - Race Income | $ | 6,300.00 |
|---|---|---|---|
| | Deduct bills | | |
| | Training Bills | | |
| | Hunter Oakes | $ | (3,944.00) |
| | TOTAL PROFIT: | $ | 2,356.00 |
| | 50% DUE TO CHRIS OAKES | $ | 1,178.00 |

8/25 - Horse was claimed - $20,000.00

Per Chris 12/17 - Chuck does not need to be pai[d] because we owed Chuck for a horse.

Lost $10,000.00 on the claim
50% - Chuck $5,000.00
50% - Chris $5,000.00

| | | |
|---|---|---|
| July Credit | $ | 1,426.50 |
| August Credit | $ | 1,178.00 |
| Chuck Owes Chris | $ | 2,604.50 |

We each lost $5,000.00 on the claim

We each paid $126.00 for USTA fee's

Your account balance at PD - $24,874.00
(see enclosed check)

12/5/18
$ 1,765.50
per Chris

Send Bill
Jog Cart



| DATE | HORSE | | RACE INCOME |
|---|---|---|---|
| **APRIL** | **Race Income** | | |
| 14-Apr | Poacher N | $ | 1,728.00 |
| 28-Apr | Walks of Life | $ | 3,600.00 |
| | Walks of Life (profit from claim) | $ | 5,000.00 |
| | **Deduct bills** | | |
| | Training Bills | | |
| | Poacher N | $ | (1,290.00) |
| | Walks of Life | $ | (615.00) |
| | Vet Bills | | |
| | Matthew Hennessey Inv. 20244 | $ | (65.00) |
| | Calice Vet Services 4/30 | $ | (49.00) |
| **MAY** | **Race Income** | | |
| 5-May | Mainland Key N | $ | 4,275.00 |
| 12-May | Mainland Key N | $ | 1,800.00 |
| 19-May | Walks of Life | $ | 3,600.00 |
| | **Deduct bills** | | |
| | Training Bills | | |
| | Mainland Key | $ | (1,520.00) |
| | Walks of Life | $ | (620.00) |
| | Vet Bills | | |
| | Matthew Hennessey Inv. 20394 | $ | (15.00) |
| | Matthew Hennessey Inv. 20422 | $ | (32.70) |
| | Calice Vet Services 5/31 | $ | (45.00) |
| **JUNE** | **Race Income** | | |
| 9-Jun | Walks of Life | $ | - |
| | **Deduct bills** | | |
| | Training Bills | | |
| | Walks of Life | $ | (615.00) |

| | | | |
|---|---|---|---|
| | **SUBTOTAL:** | **$** | **15,136.30** |
| | **50% DUE TO NORTHFORK** | **$** | **7,568.15** |

Chris Oakes
121 Bald Mountain Road
Wilkes-Barre, PA 18702

**Date:** 11/19/18

**Bill to:** Chuck Pompey
117 Maria Blvd.
Archibald, PA 18403

**Amount Due:** $1,765.50 → Pd. 12/22 ck#2496 Cashed check. Did not deposit

**Description:** Jog Cart @ $1,765.50

**Payable to:** Chris Oakes

**Due:** Upon receipt



| JULY | Bet The Moon - Race Income | $ | 4,500.00 |
|---|---|---|---|
| | **Deduct bills** | | |
| | Training Bills | | |
| | Hunter Oakes | $ | (1,647.00) |
| | TOTAL PROFIT: | $ | 2,853.00 |
| | **50% DUE TO CHRIS OAKES** | **$** | **1,426.50** |

Pd. ck #2459

7/21 - Claimed Bet the Moon - $30,000.00

| AUGUST | Bet The Moon - Race Income | $ | 6,300.00 |
|---|---|---|---|
| | **Deduct bills** | | |
| | Training Bills | | |
| | Hunter Oakes | $ | (3,944.00) |
| | TOTAL PROFIT: | $ | 2,356.00 |
| | **50% DUE TO CHRIS OAKES** | **$** | **1,178.00** |

Needs to be pd.

8/25 - Horse was claimed - $20,000.00

Per Chris 12/17 - Chuck does not need to be paid because we owed Chuck for a horse.

Lost $10,000.00 on the claim
50% - Chuck $5,000.00
50% - Chris $5,000.00

| | | |
|---|---|---|
| July Credit | $ | 1,426.50 |
| August Credit | $ | 1,178.00 |
| Chuck Owes Chris | $ | 2,604.50 |

**We each lost $5,000.00 on the claim**

**We each paid $126.00 for USTA fee's**

**Your account balance at PD - $24,874.00**
**(see enclosed check)**

12/5/18
$ 1,765.50
per Chris

Send Bill
Jog Cart



# Statement of Account

The Downs at Mohegan Sun Pocono (Downs Racing LP)
1280 Route 315; Wilkes-Barre, PA 18702-7002
Tel: (570) 831-2100-Ext 2193
Bookkeeper - Linda Segarra

| | |
|---|---|
| Account# | 21960 |
| Account Type | Payee/Claim |
| SSN / Fed ID | *******0000 |

Chuck Pompey
117 Maria Blvd
Archbald, PA 18403

| | |
|---|---|
| Balance | $.00 |
| Available | $.00 |
| On Hold | $.00 |

Page 1 of 1

| Fac | Date | Type | Race | Fin | Description | Extra Description | Clear Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01-01-18 | | | | Starting Balance | | | | | .00 |
| POC | 03-31-18 | TR | | | Poacher-N | To U.S.T.A. | 03-31-18 | 42.00 | .00 | -42.00 |
| POC | 03-31-18 | DP | | | Cash Account | Citizens Bank ck 501609244-6 | 03-31-18 | .00 | 30,000.00 | 29,958.00 |
| POC | 03-31-18 | CL | 1 | 1 | Claim Transaction | Poacher N | 03-31-18 | 25,000.00 | .00 | 4,958.00 |
| POC | 04-14-18 | CL | 1 | 3 | Claim Transaction | Poacher N | 04-14-18 | .00 | 25,000.00 | 29,958.00 |
| POC | 04-16-18 | TR | | | BORROWED per Chris Oakes | To NORTHFORK RACING STABLE, INC. | 04-16-18 | 7,000.00 | .00 | 22,958.00 |
| POC | 04-21-18 | TR | | | | To U.S.T.A. | 04-21-18 | 42.00 | .00 | 22,916.00 |
| POC | 04-21-18 | CL | 4 | 1 | Claim Transaction | Walks of Life | 04-21-18 | 15,000.00 | .00 | 7,916.00 |
| POC | 04-28-18 | TR | | | PAYBACK FROM April 16 | From NORTHFORK RACING STABLE, INC. | 04-28-18 | .00 | 7,000.00 | 14,916.00 |
| POC | 04-28-18 | TR | | | Mainland Key N | To U.S.T.A. | 04-28-18 | 42.00 | .00 | 14,874.00 |
| POC | 04-28-18 | CL | 4 | 2 | Claim Transaction | Walks of Life | 04-28-18 | .00 | 20,000.00 | 34,874.00 |
| POC | 04-28-18 | CL | 11 | 3 | Claim Transaction | Mainland Key N | 04-28-18 | 10,000.00 | .00 | 24,874.00 |
| POC | 05-12-18 | TR | | | Walks of Life | To U.S.T.A. | 05-12-18 | 42.00 | .00 | 24,832.00 |
| POC | 05-12-18 | CL | 1 | 1 | Claim Transaction | Walks of Life | 05-12-18 | 20,000.00 | .00 | 4,832.00 |
| POC | 05-12-18 | CL | 7 | 2 | Claim Transaction | Mainland Key N | 05-12-18 | .00 | 10,000.00 | 14,832.00 |
| POC | 05-19-18 | CL | 2 | 2 | Claim Transaction | Walks of Life | 05-19-18 | .00 | 20,000.00 | 34,832.00 |
| POC | 06-02-18 | TR | | | Walks of Life | To U.S.T.A. | 06-02-18 | 42.00 | .00 | 34,790.00 |
| POC | 06-02-18 | CL | 9 | 2 | Claim Transaction | Walks of Life | 06-02-18 | 20,000.00 | .00 | 14,790.00 |
| POC | 06-09-18 | CL | 7 | 6 | Claim Transaction | Walks of Life | 06-09-18 | .00 | 20,000.00 | 34,790.00 |
| POC | 07-21-18 | TR | | | Bet the Moon | To U.S.T.A. | 07-21-18 | 42.00 | .00 | 34,748.00 |
| POC | 07-21-18 | CL | 11 | 7 | Claim Transaction | Bet the Moon | 07-21-18 | 30,000.00 | .00 | 4,748.00 |
| POC | 08-11-18 | TR | | | to claim Ideal Kiss | To NORTHFORK RACING STABLE, INC. | 08-11-18 | 4,553.00 | .00 | 195.00 |
| POC | 08-25-18 | CL | 7 | 1 | Claim Transaction | Bet the Moon | 08-25-18 | .00 | 20,000.00 | 20,195.00 |
| POC | 11-10-18 | TR | | | | From NORTHFORK RACING STABLE, INC. | 11-10-18 | .00 | 4,679.00 | 24,874.00 |
| POC | 11-10-18 | CK | | | CK203698-Chuck Pompey | | 11-10-18 | 24,874.00 | .00 | .00 |
| | 12-31-18 | | | | Ending Balance | | | | | .00 |

## Transaction Summary

| Type | Type Description | Amount |
|---|---|---|
| TR | Transfer | -126.00 |
| DP | Deposit | 30,000.00 |
| CL | Claim Transaction | -5,000.00 |
| CK | Check Request | -24,874.00 |

# HUNTER OAKES STABLE

Date: July [illegible]

Horse:
Bet the Moon

Ownership:
100% Chuck Pompey
[illegible handwriting]

Remit to: Hunter Oakes
121 Bald Mountain Road
Wilkes-Barre, PA 18702

Payment Due: Balance due upon receipt

| Race Dates: | 7/28/2018 | | | | | TOTAL FUNDS |
|---|---|---|---|---|---|---|
| *Track* | PD | | | | | |
| *Purse* | $20,000.00 | | | | | |
| *Finish* | 2nd | | | | | |
| *Earnings* | $ 4,500.00 | | | | | $ 4,500.00 |
| *Owners %* | $ 4,500.00 | | | | | $ 4,500.00 |

Horse Activity: 50% Nary Dunlevy [illegible] $2,250.00

| | | | |
|---|---|---|---|
| Training/Turnout Dates: | Training - 10 days (7/22 - 7/31) @ $70.00/day | $ | 700.00 |
| Paddocks: | 7/21 Pick-up $50.00, 7/28 $75.00 | $ | 125.00 |
| Blacksmith: | | $ | 170.00 |
| Vet: | (Hemex - $35.00),(Colostrum-$45.00) (Dr.Dye-$75.00), (Lasix - $20.00) | $ | 175.00 |
| Supplies: | | $ | 150.00 |
| Shipping: | 7/21 Pick-up - $15.00, 7/28 $30.00 | $ | 45.00 |
| Equipment Rental: | | $ | - |
| Stall Rent: | | $ | 135.00 |
| Misc. Tack: | | $ | 47.00 |
| Other: | Succeed, Body Builder & Multi-Vitamins | $ | 100.00 |

| CLAIMING INFORMATION | Date | Track | Amount |
|---|---|---|---|
| Claimed Horse | 7/21/18 | PD | $30,000.00 |
| Horse Claimed | | | |

SUBTOTAL: $ 1,647.00
OWNERS AMOUNT DUE: $ 1,647.00
TOTAL DUE: $ 1,647.00

*Not responsible for loss due to fire, theft or accident*

# HUNTER OAKES STABLE

Date: Aug-18

Remit to: Hunter Oakes
121 Bald Mountain Road
Wilkes-Barre, PA 18702

Horse:
Bet the Moon

Ownership:
100% - Pompey

Payment Due: Balance due upon receipt

| Race Dates: | 8/4/2018 | 8/18/2018 | 8/25/2018 | | | TOTAL FUNDS |
|---|---|---|---|---|---|---|
| *Track* | PD | PD | PD | | | |
| *Purse* | $20,000.00 | $ 20,000.00 | $ 14,000.00 | | | |
| *Finish* | Scratched | 7th | 1st | | | |
| *Earnings* | | 0 | $ 6,300.00 | | | $ 6,300.00 |
| *Owners %* | | | $ 6,300.00 | | | $ 6,300.00 |

Horse Activity:

| | | |
|---|---|---|
| Training/Turnout Dates: | Training - 25 days (8/1 - 8/25) @ $70.00/day | $ 1,750.00 |
| Paddocks: | 8/18 $75.00, 8/25 $125.00 | $ 200.00 |
| Blacksmith: | | $ 320.00 |
| Vet: | (Hemex - $115.00),(Colostrum-$215.00) (Dr.Dye-$150.00), (Lasix 2X - $40.00), (Scope - 8/18 $50.00) | $ 570.00 |
| Supplies: | | $ 300.00 |
| Shipping: | 8/18 Farm to PD - $30.00, 8/25 Farm to PD $30.00 | $ 60.00 |
| Equipment Rental: | | |
| Stall Rent: | | $ 375.00 |
| Misc. Tack: | | $ 119.00 |
| Other: | Succeed, Body Builder & Multi-Vitamins | $ 250.00 |

SUBTOTAL: $ 3,944.00

OWNERS AMOUNT DUE: $ 3,944.00

TOTAL DUE: $ 3,944.00

| CLAIMING INFORMATION | Date | Track | Amount |
|---|---|---|---|
| Claimed Horse | | | |
| Horse Claimed | 8/25/18 | PD | $20,000.00 |

*Not responsible for loss due to fire, theft or accident*

**Sue Oakes**

Hi Chuck,

I'm wrapping up the claimers seeing how the season is coming to an end. We need to finalize Bet The Moon.

Attached is a spreadsheet showing the breakdown from the cost of the horse, the money lost on the claim and the bills incurred. It looks like Chris owed you $2,521.50. Look this over and if you see any issues, let me know.

The August training bill still needs to be paid as I had not sent this before now. I deducted all the expenses from the income as if they were all paid. If you've received any vet bills or any other expenses, let me know and I will adjust the courtesy credit to include 50% of those as well.

Also included is a check for the funds you had left in your claiming account. Chris closed everything out this weekend so he grabbed yours as well.

If you have any questions, let me know. You can call me directly @ 570-407-2388 if you have any questions.

Sue

April thru June claimers
100% in Chuck's name.

Chris Oakes Racing
121 Bald Mountain Road
Wilkes-Barre, PA 18702

| | |
|---|---|
| Bill to: | Chuck Pompey<br>117 Maria Blvd.<br>Archibald, PA 18403 |
| Amount Due: | $7,568.15 |

| | | |
|---|---|---|
| Description: | Race Bike: | $6,000.00 |
| | Jog Cart: | 1,568.15 |

| | |
|---|---|
| Payable to: | Chris Oakes |
| Due: | Upon receipt |

8/4 Pd. 7,568.15 ck #2449
Cashed check
Did not deposit

| DATE | HORSE | | RACE INCOME |
|---|---|---|---|
| **APRIL** | **Race Income** | | |
| 14-Apr | Poacher N | $ | 1,728.00 |
| 28-Apr | Walks of Life | $ | 3,600.00 |
| | Walks of Life (profit from claim) | $ | 5,000.00 |
| | **Deduct bills** | | |
| | Training Bills | | |
| | Poacher N | $ | (1,290.00) |
| | Walks of Life | $ | (615.00) |
| | Vet Bills | | |
| | Matthew Hennessey Inv. 20244 | $ | (65.00) |
| | Calice Vet Services 4/30 | $ | (49.00) |
| **MAY** | **Race Income** | | |
| 5-May | Mainland Key N | $ | 4,275.00 |
| 12-May | Mainland Key N | $ | 1,800.00 |
| 19-May | Walks of Life | $ | 3,600.00 |
| | **Deduct bills** | | |
| | Training Bills | | |
| | Mainland Key | $ | (1,520.00) |
| | Walks of Life | $ | (620.00) |
| | Vet Bills | | |
| | Matthew Hennessey Inv. 20394 | $ | (15.00) |
| | Matthew Hennessey Inv. 20422 | $ | (32.70) |
| | Calice Vet Services 5/31 | $ | (45.00) |
| **JUNE** | **Race Income** | | |
| 9-Jun | Walks of Life | $ | - |
| | **Deduct bills** | | |
| | Training Bills | | |
| | Walks of Life | $ | (615.00) |
| | **SUBTOTAL:** | **$** | **15,136.30** |
| | **50% DUE TO NORTHFORK** | **$** | **7,568.15** |

# Chuck April

| Date | Horse | Race Income |
|---|---|---|
| 4/14 | Poacher N | $1728.00 |
| 4/28 | Walks of Life | $3600.00 |
|  | " " | 5,000.00 - profit on Claim |

Total Profit $10,328.00

Deduct:

Pierre's Training Bills

| | |
|---|---|
| Poacher | $ 1,290.00 |
| Walks of Life | $ 615.00 |

Any Vet Bills? $

| | | |
|---|---|---|
| INV. 20244 | Matthew Hennessey | 65.00 |
| 4/30 | Calder Vet Services | 49.00 |

Net Profit $ 8,309.00

50% Northfork $ 4,154.50

# CHRIS OAKES RACING STABLE

PIERRE

50 % NF
%
50 % C. Pompey $100% in his name
%
%

MONTH: APRIL

HORSE: Poacher N

CHUCK OWES

| RACE DATE | PURSE | FINISH | HORSE % | TRACK | TOTAL PURSE | OWNERS % DUE |
|---|---|---|---|---|---|---|
| 4/14 | 16,000. | 3rd | 12% | PD | 1728.00 | $864.00 |
| 4/7 | 25,000 | 8th | -0 | PD | -0 | |
| | | | | | | |
| | | | | | | |
| CHUCK GETS $ $ | | | | TOTAL: | | |

Training: ______ days training from ______ to ______ @ $60.00/day $ ______

______ days training from ______ to ______ @ $60.00/day $ ______

Turn-out ______ days turn-out from ______ to ______ @ $20.00/day $ ______

Paddocks: ______ $ ______

Veterinary: ______ $ ______

Shoeing: ______ $ ______

Supplies: ______ $ ______

Equipment: ______ $ ______

Misc. Tack: ______ $ ______

Shipping: ______ $ ______

Stakes: ______ $ ______

Grooms 2%: ______ $ ______

Travel Exp.: ______ $ ______

Other: STALL RENT $ ______

SUCCEED, BODY BUILDER & MULTI-VITAMINS $ ______

$ ______

$ ______

**CLAIMING INFORMATION**

| | Date | Track | Amount |
|---|---|---|---|
| Claimed Horse | 3/31 | PD | 25,000 |
| Horse Claimed | 4/14 | PD | 25,000 |

**SELLING INFORMATION**

| Date | Amount |
|---|---|
| | |

Only in Chuck's name.



O/K

Pierre Paradis
P.O. Box 91
Hop Bottom, PA
18824

Phone 570-289-8728
Cell 570-332-7363

**PIERRE PARADIS** Trainer

Address Chuck Pompey

Date April 2018

Horse Poacher N

| Item | Details | Amount |
|---|---|---|
| Training | 3-31 to 4-14 14 days @ $55.00 | $770.00 |
| Turnout | | |
| Stall Rent | 14 days @ $15.00 | 210.00 |
| Veterinary | | |
| Blacksmith | 4-10 $60.00 | 60.00 |
| Transportation | to Pocono 4-7/4-14 2 @ $50.00 | 100.00 |
| Paddocks | 4-7/4-14 2 @ $60.00 | 120.00 |
| Lasix | " " 2 @ $15.00 | 30.00 |
| Repairs and Supplies | | |
| Equipment Rental | | |
| Compensation | | |
| 5% of Purse Winnings | | |
| Miscellaneous | TOTAL | $1290.00 |

PIERRE

# ~~CHRIS OAKES~~ RACING STABLE

50 % Pompey (IN HIS NAME 100%)
%
50 % NF
%
%

MONTH: April

HORSE: Walks of Life

CHUCK OWES

| RACE DATE | PURSE | FINISH | HORSE % | TRACK | TOTAL PURSE | OWNERS % DUE |
|---|---|---|---|---|---|---|
| 4/28 | 16,000. | 2nd | 25% | PD | 3600.00 | $1,800.00 |
| | | | | | | |
| | | | | | | |
| CHUCK GETS $$ | | | | TOTAL: | | |

Training: ______ days training from ______ to ______ @ $60.00/day $

______ days training from ______ to ______ @ $60.00/day $

Turn-out ______ days turn-out from ______ to ______ @ $20.00/day $

Paddocks: $

Veterinary: $

Shoeing: $

Supplies: $

Equipment: $

Misc. Tack: $

Shipping: $

Stakes: $

Grooms 2%: $

Travel Exp.: $

Other: STALL RENT $

SUCCEED, BODY BUILDER & MULTI-VITAMINS $

$

$

| CLAIMING INFORMATION | Date | Track | Amount |
|---|---|---|---|
| Claimed Horse | 4/21 | PD | 15,000. |
| Horse Claimed | 4/28 | PD | 20,000. |

| SELLING INFORMATION | |
|---|---|
| Date | Amount |
| | |

+ 5,000.00 on claim → Chuck owes NF $2,500.00

OK

?

NOT OK

Pierre Paradis
P.O. Box 91
Hop Bottom, PA
18824

Phone 570-289-8728
Cell 570-332-7363

**PIERRE PARADIS** Trainer

Address Chuck Pompey

Date April 2018

Horse Walks of Life

| | |
|---|---|
| Training 4-21 to 4-28 7 days @ $55.00 | $385.00 |
| Turnout | 105.00 |
| Stall Rent 7 days @ $15.00 | |
| Veterinary | |
| Blacksmith | |
| | |
| to Pocono | 50.00 |
| Transportation 4-28 1 @ $50.00 | |
| | |
| | 60.00 |
| Paddocks 4-28 1 @ $60.00 | 15.00 |
| Laser " 1 @ $15.00 | |
| | |
| | |
| Repairs and Supplies | |
| Equipment Rental | |
| Compensation | |
| 5% of Purse Winnings | |
| | |
| | |
| Miscellaneous TOTAL | $615.00 |

**Statement**

***Calice Veterinary Service Inc***

Chad Calice, DVM
399 Sunset Road
Mountain Top, Pennsylvania 18707
(518) 495-6634

**Chuck Pompey**
117 Maria Blvd
Archibald, PA 18403

Acct #: **88**
**April 30, 2018**

| Date | Description | Units | Charge | Ext. Shr. | Payment | Balance |
|---|---|---|---|---|---|---|
| 3/31/2018 | | | | **Beginning Balance:** | | **$0.00** |
| | ***Scott Rocks*** | | | | | |
| 4/27/2018 | | | | | | |
| | Bleeder Jug | 1.00 x | $45.00 = | $22.50 | | |
| | Tie Up Shot | 0.75 x | $97.00 = | $36.38 | | |
| | | ( 50 % share ) | Subtotal: | **$58.88** | | **$58.88** |
| | ***Tequila Monday*** | | | | | |
| 4/13/2018 | | | | | | |
| | Compass 5ml | 1.00 x | $40.00 = | $20.00 | | |
| 4/17/2018 | | | | | | |
| | Compass 5ml | 1.00 x | $40.00 = | $20.00 | | |
| 4/21/2018 | | | | | | |
| | Compass 5ml | 1.00 x | $40.00 = | $20.00 | | |
| 4/25/2018 | | | | | | |
| | Compass 5ml | 1.00 x | $40.00 = | $20.00 | | |
| 4/27/2018 | | | | | | |
| | TQ- Rompun | 1.00 x | $10.00 = | $5.00 | | |
| | Bute Inj | 1.00 x | $6.60 = | $3.30 | | |
| | Inject W/ Adq/Acid | 2.00 x | $135.00 = | $135.00 | | |
| | *Both Lower Knees* | | | | | |
| 4/28/2018 | | | | | | |
| | Compass 5ml | 1.00 x | $40.00 = | $20.00 | | |
| | | ( 50 % share ) | Subtotal: | **$243.30** | | **$302.18** |
| | ***Walks Of Life*** | | | | | |
| 4/26/2018 | | | | | | |
| | DMSO Jug | 1.00 x | $34.00 = | $34.00 | | |
| 4/28/2018 | | | | | | |
| | Lasix Inj | 1.00 x | $15.00 = | $15.00 | | |
| | | | Subtotal: | **$49.00** | | **$351.18** |

Pd ck # 2414 9-7-18

Matthew P Hennessey DVM

51 Church Rd
Kingston Twp
Wyoming, PA 18644

# Invoice

| Date | Invoice # |
|---|---|
| 4/7/2018 | 20244 |

**Bill To**

Chuck Pompey
117 Maria Boulevard
Archbald PA 18403 1552

**Terms**

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Lasix | | Poacher N | 15.00 | 15.00 |
| Endoscopy | | | 50.00 | 50.00 |

**Total** $65.00

# Chuck May

| Date | Horse | Race Income |
|---|---|---|
| 5/5 | Mainland Key N | $ 4275.00 |
| 5/12 | " " | 1800.00 |
| 5/19 | Walks of Life | $ 3600.00 |
| | Total Race Income | $ 9,675.00 |

Deduct:

Pierres Training Bills

| | |
|---|---|
| Mainland Key | $ 1520.00 |
| Walks of Life | $ 620.00 |

| | |
|---|---|
| Any Vet Bills? | $ |
| Inv #20394 Matthew Hennessey | 15.00 |
| Inv #20422 " " | 32.70 |
| ~~[illegible]~~ Calico Vet Service 5/31 | 45.00 |

Net Profit $ 7,442.30

50% Northfork $ 3,721.15

Pierre Paradis
P.O. Box 91
Hop Bottom, PA
18824

Phone 570-289-8728
Cell 570-332-7363

Pd ck# 2431 6/3/18

**PIERRE PARADIS** Trainer

Address Chuck Pompey

Date April/May 2018 Horse Mainland Key

| | |
|---|---|
| Training 4-30 to 5-12 12 days @ $55.00 | $660.00 |
| Turnout | |
| Stall Rent May $350.00 | 350.00 |
| Veterinary | |
| Blacksmith 5-5 front $60.00 | 60.00 |
| | |
| to Pocono | |
| Transportation 5-5 / 5-12 2 @ $50.00 | 100.00 |
| | |
| | |
| Paddocks 5-5 / 5-12 2 @ $60.00 | 120.00 |
| Lasix " " 2 @ $15.00 | 30.00 |
| | |
| Repairs and Supplies ✓ Vet Jug $75.00 | 75.00 |
| Equipment Rental | |
| Compensation | |
| 5% of Purse Winnings | |
| Gastroguard 5 @ $25.00 | 125.00 |
| | |
| Miscellaneous | |
| TOTAL | $1520.00 |

# [redacted] RACING STABLE PIERRE

100 % C. Pompey
%
%
%
%

MONTH:

HORSE: Mainland Key N

| RACE DATE | PURSE | FINISH | HORSE % | TRACK | TOTAL PURSE | OWNERS % DUE |
|---|---|---|---|---|---|---|
| 5/5 | 9500. | 1st | 50% | PD | 4275.00 | 2137.50 |
| 5/12 | 8000.00 | 2nd | 25% | PD | 1800.00 | 900.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL: | | |

Training: ______ days training from ______ to ______ @ $60.00/day $

______ days training from ______ to ______ @ $60.00/day $

Turn-out ______ days turn-out from ______ to ______ @ $20.00/day $

Paddocks: $

Veterinary: $

Shoeing: $

Supplies: $

Equipment: $

Misc. Tack: $

Shipping: $

Stakes: $

Grooms 2%: $

Travel Exp.: $

Other: STALL RENT $

SUCCEED, BODY BUILDER & MULTI-VITAMINS $

$

$

50% on Purse

| CLAIMING INFORMATION | Date | Track | Amount |
|---|---|---|---|
| Claimed Horse | 4/28 | PD | |
| Horse Claimed | 5/12 | PD | |

| SELLING INFORMATION | |
|---|---|
| Date | Amount |
| | |

Pierre Paradis
P.O. Box 91
Hop Bottom, PA
18824

Phone 570-289-8728
Cell 570-332-7363

Pd ck # 2431
6-13-18

**PIERRE PARADIS** Trainer

Address Chuck Pompey

Date May 2018 Horse Walks of Life

| | |
|---|---|
| Training 5-12 – 5-19 7 days $55.00 | 385.00 |
| Turnout | |
| Stall Rent | |
| Veterinary | |
| Blacksmith | |
| | |
| | |
| Transportation to Pocono | |
| 5-19 | 50.00 |
| | |
| | |
| Paddocks 5-19 1 paddock @ $60.00 | 60.00 |
| Lasix " " 1 Lasix @ $15.00 | 15.00 |
| | |
| | |
| Repairs and Supplies Gastroguard 2 @ $25.00 | 50.00 |
| Equiptment Rental Super VIT $60.00 | 60.00 |
| Compensation | |
| 5% of Purse Winnings | |
| | |
| | |
| Miscellaneous | |
| TOTAL | $620.00 |

[redacted] RACING STABLE PIERRE

50 % NF
%
50 % Pompey [scribbled out]
%
%

MONTH:

HORSE: Walks of Life

| RACE DATE | PURSE | FINISH | HORSE % | TRACK | TOTAL PURSE | OWNERS % DUE |
|---|---|---|---|---|---|---|
| 5/19 | 16,000. | 2nd | 25% | PD | 3600. w | 1800. w |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Chuck gets $$ | | | | TOTAL: | | |

Training: ______ days training from ______ to ______ @ $60.00/day $ ______
______ days training from ______ to ______ @ $60.00/day $ ______

Turn-out ______ days turn-out from ______ to ______ @ $20.00/day $ ______

Paddocks: ______ $ ______

Veterinary: ______ $ ______

Shoeing: ______ $ ______

Supplies: ______ $ ______

Equipment: ______ $ ______

Misc. Tack: ______ $ ______

Shipping: ______ $ ______

Stakes: ______ $ ______

Grooms 2%: ______ $ ______

Travel Exp.: ______ $ ______

Other: STALL RENT $ ______
SUCCEED, BODY BUILDER & MULTI-VITAMINS $ ______
$ ______
$ ______

**CLAIMING INFORMATION**

| | Date | Track | Amount |
|---|---|---|---|
| Claimed Horse | 5/12 | PD | 20,000. |
| Horse Claimed | 5/19 | PD | 20,000 |

**SELLING INFORMATION**

| Date | Amount |
|---|---|
| | |

Matthew P Hennessey DVM

51 Church Rd
Kingston Twp
Wyoming, PA 18644

# Invoice

| Date | Invoice # |
|---|---|
| 5/12/2018 | 20394 |

| Bill To |
|---|
| Chuck Pompey<br>117 Maria Boulevard<br>Archbald PA 18403 1552 |

| Terms |
|---|
| |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Lasix | | Mainland Key N | 15.00 | 15.00 |

**Total** $15.00

Matthew P Hennessey DVM

51 Church Rd
Kingston Twp
Wyoming, PA 18644

# Invoice

| Date | Invoice # |
|---|---|
| 5/19/2018 | 20422 |

| Bill To |
|---|
| Chuck Pompey<br>117 Maria Boulevard<br>Archbald PA 18403 1552 |

| Terms |
|---|
| |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Lasix | | Walks Of Life | 15.00 | 15.00 |
| Gelocast | | | 17.70 | 17.70 |
| | | | **Total** | $32.70 |

Statement

**Calice Veterinary Service Inc**

**Chuck Pompey** **5/31/2018**
# 88

| Date | Description | Units | Charge | Ext. Shr. | Payment | Balance |
|---|---|---|---|---|---|---|
| | | ( 50 % share ) | Subtotal: | **$510.05** | | **$1,002.11** |
| | ***Walks Of Life*** | | | | | |
| 5/11/2018 | | | | | | |
| | Bleeder Jug | 1.00 × | $45.00 = | $45.00 | | |
| | | | Subtotal: | **$45.00** | | **$1,047.11** |
| 5/31/2018 | | | | **Current Balance:** | | **$1,047.11** |

Accounts are due when billed.
If you have any questions or concerns feel free to contact the office by phone or email.
(518)495-6634
calicedvm@gmail.com.

THANK YOU FOR YOUR BUSINESS.

Chuck June

| Date | Horse | Race Income |
|---|---|---|
| 6/9 | Walks of Life | -0- |

Total Race Income $0.00

Deduct:

Pierre's Training Bill $615.00

any Vet Bills?
Assuming Lasix Hennessey

1B0424-CLAIMERS IN CHUCKS NAME-000032

[redacted] OAKES RACING STABLE IN PIERRE'S NAME

50 % Pompey
%
%
50 % NF
%

MONTH:

HORSE Walksof Life

| RACE DATE | PURSE | FINISH | HORSE % | TRACK | TOTAL PURSE | OWNERS % DUE |
|---|---|---|---|---|---|---|
| 6/9 | 14,000 | 7th | 0 | PD | 0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL: | | |

Training: ______ days training from ______ to ______ @ $60.00/day $ ______

______ days training from ______ to ______ @ $60.00/day $ ______

Turn-out ______ days turn-out from ______ to ______ @ $20.00/day $ ______

Paddocks: ______ $ ______

Veterinary: ______ $ ______

Shoeing: ______ $ ______

Supplies: ______ $ ______

Equipment: ______ $ ______

Misc. Tack: ______ $ ______

Shipping: ______ $ ______

Stakes: ______ $ ______

Grooms 2%: ______ $ ______

Travel Exp.: ______ $ ______

Other: STALL RENT $ ______

SUCCEED, BODY BUILDER & MULTI-VITAMINS $ ______

$ ______

$ ______

| CLAIMING INFORMATION | Date | Track | Amount |
|---|---|---|---|
| Claimed Horse | 6/2 | PD | 20,000 |
| Horse Claimed | 6/9 | PD | 20,000 |

| SELLING INFORMATION | |
|---|---|
| Date | Amount |
| | |



Pierre Paradis
P.O. Box 91
Hop Bottom, PA
18824

Phone 570-289-8728
Cell 570-332-7363

**PIERRE PARADIS** Trainer

Address Chuck Pompey
117 Maria Blvd Archbald PA 18403

Date June 2018 Horse Walks of Life

| | |
|---|---|
| Training 6-2 to 6-9 7 days @ $55.00 | $385.00 |
| Turnout | |
| Stall Rent 7 days @ $15.00 | 105.00 |
| Veterinary | |
| Blacksmith | |
| | |
| | |
| Transportation 6-9 $50.00 | 50.00 |
| | |
| | |
| | |
| Paddocks 6-9 60.00 | 60.00 |
| Lasix " " 15.00 | 15.00 |
| | |
| | |
| Repairs and Supplies | |
| Equipment Rental | |
| Compensation | |
| 5% of Purse Winnings | |
| | |
| | |
| Miscellaneous | |
| TOTAL | $615.00 |

Due to Northfork

April - $4,154.50
May - $3,721.15
June - $ (307.50) → Reives Bill

~~$7,875.65~~
7568.15

C. Oakes will send the Bill for equipment so Northfork doesn't show up anywhere.

N. Fork will pay all race income in one check.